IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–N–567 (MJW)

CHARLIE GRIFFIN,

    Plaintiff,

v.

OFFICER GASH,

    Defendant.

---

### ORDER

---

    The "Motion for Reconsideration" (#35) is DENIED. The motion states no legal or factual basis on which it could be granted, and the request for return of documents is inappropriate, since they are court records. If plaintiff wants copies, he shall request them of the clerk and tender the charges required for photocopies.

    Dated this 14th day of November, 2005.

                                                  BY THE COURT:

                                                  s/ Edward W. Nottingham
                                                  EDWARD W. NOTTINGHAM
                                                  United States District Judge